**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re:

CARL S. HURVITZ,

Debtor.

Chapter 7
Case No. 16-11844-MSH

BLUE-GRACE FRANCHISE LLC,

Plaintiff,

v.

CARL S. HURVITZ,

Defendant.

Adversary Pro. No. 16-01149

## JOINT MOTION TO EXTEND CASE DEADLINES

Plaintiff Blue-Grace Franchise LLC ("Blue-Grace") and Defendant Carl Hurvitz (collectively, the "Parties") hereby jointly request that this Court extend the existing case deadlines. Specifically, the Parties respectfully request that the Court continue the existing deadlines as follows:

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| All Depositions Completed | April 17, 2017 | July 28, 2017 |
| Pre-trial Dispositive Motions Served By | May 26, 2017 | September 8, 2017 |
| Any opposition and/or reply to a pre-trial dispositive motion to be served/filed in accordance with the applicable rules | | |

As grounds for this Motion, the Parties state the following:

1. The Parties engaged in settlement discussions, which have not yet resulted in a resolution of this matter, although the parties expect to resume such discussions following discovery.
2. The Parties are in the process of responding to written discovery requests and anticipate working cooperatively to resolve related disputes. Given the nature of the issues, parties expect that this process will be completed by May 31.
3. The Parties are in the process of scheduling depositions and anticipate completing depositions once disputes related to the written discovery responses are resolved.
4. The Parties have conferred and believe that, to complete written discovery, work through related disputes, and complete depositions, they require until July 28.
5. No party will be prejudiced by the extension of the deadlines as set forth herein, and allowance of this Motion will also be in the interests of justice and judicial economy.

**WHEREFORE**, the Parties respectfully request that this Court grant this Joint Motion To Extend Case Deadlines.

Respectfully submitted,

| Plaintiff, | Debtor-Defendant, |
| --- | --- |
| **BLUE-GRACE FRANCHISE LLC,** | **CARL S. HURVITZ** |
| By its attorneys, | By his attorneys, |
| */s/ Russell Beck*<br>Russell Beck, BBO No. 561031<br>Nicole Daly, BBO No. 670587<br>Beck Reed Riden LLP<br>155 Federal Street, Suite 1302<br>Boston, Massachusetts 02110<br>617.500.8660 Telephone<br>617.500.8665 Facsimile<br>rbeck@beckreed.com<br>ndaly@beckreed.com<br><br>*/s/ David B. Madoff*<br>David B. Madoff (BBO#552968)<br>MADOFF & KHOURY LLP<br>124 Washington Street<br>Foxboro, MA 02035<br>(508) 543-0040<br>madoff@mandkllp.com | */s/ William P. Breen, Jr.*<br>William P. Breen, Jr., BBO # 558768<br>Eckert Seamans Cherin & Mellott, LLC<br>Two International Place, 16th Floor<br>Boston, MA 02110<br>Telephone: (617) 342-6800<br>Facsimile: (617) 342-6899<br>E-mail: wbreen@eckertseamans.com |

Dated: May 4, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 4, 2017.

*/s/ Russell Beck*
Russell Beck, BBO No. 561031